THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JERRY M. CLEVELAND, SR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action |
| : | No. 5:10-cv-97 (CAR) |
| C B & T BANK OF MIDDLE GEORGIA, : | |
| LAURA HOBBS, and JESSIE LOCKE, : | |
| : | |
| Defendants. : | |
| _____ : | |

## ORDER ON MOTION DISMISS

Because it appears on the face of Plaintiff's Complaint that this Court lacks subject matter jurisdiction over Plaintiff's action, Defendants' Motion to Dismiss (Doc. 5) is hereby **GRANTED**. Plaintiff's Complaint fails to show that there is any federal question to support jurisdiction under 28 U.S.C. § 1331 or that there is a diversity of citizenship among the parties to support jurisdiction under 28 U.S.C. § 1332.

Although Plaintiff's Complaint is largely incomprehensible, his Response to Defendants' Motion to Dismiss indicates that he intended to state claims of fraud and breach of contract against C B & T Bank of Middle Georgia and two employees of the Bank. These claims arise from a mortgage transaction. Fraud and breach of contract are state law claims. Because Plaintiff and all three Defendants are residents of Georgia, there is no diversity of citizenship to create federal jurisdiction over claims under state law. The Complaint does not plead any claims under federal law. Although Plaintiff in his Response contends that Defendants violated the Fourteenth Amendment, there is nothing in the Complaint to indicate that they are state actors subject to liability under 42 U.S.C. § 1983.

1

Where the Complaint on its face fails to establish a basis for jurisdiction, it must be dismissed. The Clerk of Court is accordingly directed to dismiss this case and enter judgment in favor of Defendants.

It is SO ORDERED this 1st day of July, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw